IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**,

       Plaintiff,

vs.

**GORDON ERNST et al.,**

       Defendant.

**Criminal No.** 19-CR-10081

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

    The United States of America hereby moves this Court to direct that the indictment be unsealed. In support of this motion, the government states that the case has been made public, the defendants have been arrested or notified of the charges, and that there is no further reason to keep the charging document secret.

                           Respectfully submitted,

                           ANDREW E. LELLING
                           United States Attorney

By:    */s/ Eric S. Rosen*
          ERIC S. ROSEN
          Assistant U.S. Attorney

          Date: March 12, 2019