UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 19-CR-10081-9-IT |
| | ) | |
| LISA "NIKI" WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

April 9, 2019

**TALWANI, D.J.**

On March 5, 2019, a grand jury for the District of Massachusetts returned an Indictment charging Defendant Lisa "Niki" Williams (the "Defendant") and others with Racketeering Conspiracy, in violation of 18 U.S.C. § 1962(d). Indictment [#1]. An Arrest Warrant authorizing the arrest of Defendant Lisa "Niki" Williams issued the same day. Arrest Warrant [#3]. On March 8, 2019, the United States filed the pending Motion to Amend [the] Indictment to Correct Error and for Issuance of New Arrest Warrant [#19]. In its motion, the United States asserts that since the return of the Indictment and issuance of the arrest warrant, the government learned through records obtained from the Department of Motor Vehicles that the Defendant's true name is "Niki Williams," and not "Lisa 'Niki' Williams," but that all other identifying information about the Defendant remained the same.

On March 12, 2019, the Defendant was arrested and the Indictment was unsealed . See Gov. Motion to Unseal Indictment [#20]; Elec. Order [#21]. The court ordered the pending Motion to Amend unsealed and allowed the Defendant until April 3, 2019, to file any opposition. Elec. Order [#123]. No opposition has been filed and the time in which to do so has passed.

Accordingly, the court ALLOWS the United States' unopposed <u>Motion to Amend</u> [#19]. The <u>Indictment</u> [#1] is hereby amended to reflect Defendant's true name as "Niki Williams." As the Defendant has been arrested and appeared before the Magistrate Judge for an Initial Appearance without objection, no corrected arrest warrant need issue.

IT IS SO ORDERED.

Date: April 9, 2019 /s/ Indira Talwani
United States District Judge