# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) <br> ) |
| v. | ) Case No. 1:19-CR-10081-IT <br> ) <br> ) |
| NIKI WILLIAMS & <br> GORDON ERNST, *et al*., | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## DEFENDANT NIKI WILLIAMS' REVISED
## MOTION TO DISMISS INDICTMENT

Defendant Niki Williams ("Williams") hereby moves the Court to dismiss the Superseding Indictment [Dkt. No. 272] pursuant to Rule 12(b)(3)(B) of the Federal Rules of Criminal Procedure. As set forth in the attached memorandum, the Court should dismiss the Indictment because it fails to state a criminal offense against Williams. Williams also joins her co-defendant, Donna Heinel's, motion to dismiss for the reasons raised in her brief.

Respectfully Submitted,

NIKI WILLIAMS
By her attorney,

Dated: December 17, 2019

*/s/ Eric Tennen*
Eric Tennen, BBO #650542
Swomley & Tennen, LLP
50 Congress Street, Suite 600
Boston, MA 02109
617.227.9443
etennen@swomleyandtennen.com

1

2

**CERTIFICATE OF COMPLIANCE WITH RULE 7.1**

Undersigned counsel conferred with the government regarding this motion and the government indicated it will oppose it.

*/s/ Eric Tennen*
Eric Tennen

**CERTIFICATE OF SERVICE**

I, Eric Tennen, hereby certify that on December 17, 2019, this document, filed through the CM/ECF system, will be sent electronically to all registered participants in this matter as identified on the Notice of Electronic Filing (NEF).

*/s/ Eric Tennen*
Eric Tennen
