IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**,

Plaintiff,

vs.

**NIKI WILLIAMS,**

Defendant.

**Criminal No.** 19-CR-10081-IT

## JOINT MOTION TO CONDUCT SEPTEMBER 25, 2020 RULE 11 HEARING VIA ZOOM IN ACCORDANCE WITH GENERAL ORDER 20-12

The United States of America, by and through its undersigned counsel, together with Defendant Niki Williams, by and through Eric Tennen, Esq., counsel for Defendant Williams, file this joint motion to hold the Rule 11 hearing scheduled for September 25, 2020 to be held via video conference.  In support of this motion, the parties state as follows:

1) On March 30, 2020 Chief Judge F. Dennis Saylor IV issued an order (General Order 2012) authorizing a guilty plea via video teleconferencing if the district judge finds that the plea "cannot be further delayed without serious harm to the interests of justice."

2) The parties hereby move this court to make such a finding in advance of the September 25, 2020 Rule 11 hearing.  The pandemic continues and on July 15, 2020 General Order 20-31 was issued which, *inter alia*, advises the use of video conferencing for all non-jury matters if the consent of all parties to such a proceeding can be obtained.  Defendant, having decided to plead guilty, wishes to enter a plea as soon as possible so that she can be sentenced and move on with her life.  Defendant wishes to enter a plea via videoconference because she is concerned that travel from Texas to Massachusetts is ill-advised, and would require that she quarantine herself.  The continuation of the anticipated Rule 11 proceeding until such time as it is safe to travel from Texas to Massachusetts would constitute serious harm to the interests of justice, as there is no end to the pandemic in sight and could result in an indefinite delay.

3) Accordingly, Defendant wishes to enter her Rule 11 plea via video teleconference.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:    _____
ERIC S. ROSEN
Assistant U.S. Attorney

Date: September 17, 2020


/s/ Eric B. Tennen
Swomley & Tennen LLP
Suite 600
50 Congress Street
Boston, MA 02109
etennen@swonmleyandtennen.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the parties have met and conferred about this motion for a Rule 11 hearing via Zoom, and that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

Dated: September 17, 2020

By:   */s/ Eric S. Rosen*
ERIC S. ROSEN
Assistant United States Attorney