As December 21st draws near my heart is overwhelmed with regret and hope for all the student that where effected buy my poor decision making. I am deeply sorry for the crime and dishonesty that I have done. I know what I have done was wrong and I hope that the students that where effected by my act of untruthfulness would forgive me. There is no justification for what I have done. My heart goes out to the special need students in this case I hope that they will still pursue their college educations and not allow my foolish mistake to hinder them from being successful young people. I am sorry that I didn't adhere to guidelines set by ACT and SAT. When this first started, I thought I was helping some special needs students, not that its right, but I felt sorry for them being able to manage their grades but scoring poorly on standardize test. I didn't care about the money. I felt like they deserved an opportunity. I was wrong although they deserve the opportunity just not in the manner it was done.

Because of my poor decision my life has changed tremendously. I struggle daily with being able to support myself. I am so ashamed and disappointed in myself. My daily reflection is a constant reminder of how hard I must work to rebuild character and self-worth. I realized that I hurt kids that believed in me most and I am truly sorry for not being there for them. I loved working at Jack Yates High School and I truly miss my JY community and I am truly sorry for letting them down. This has been a long road and it has taught me how one's thoughtless acts can affect so many people. Through all of this I must set goals for myself, find a way to make it through successfully.

Whatever my outcome is I trust God will see me through. I messed up and I've asked for His forgiveness. I believe that the kids are our future and I will continue to encourage them to work hard to be successful young men and women. I'm not quite sure what occupational direction I'm pressing toward but I know I want to help as many people as possible on my journey.

*Niki Williams*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.                                             )<br>)<br>)<br>NIKI WILLIAMS, *et al.*,                 )<br>)<br>                         Defendants.   )<br>) | Case No. 1:19-CR-10081-IT |

**DEFENDANT NIKI WILLIAMS' AFFIDAVIT**

I, Niki Williams, hereby swear under the pains and penalties of perjury the following is true to the best of my knowledge:

1. I am the defendant in this matter. I pleaded guilty to one count of mail fraud and I take responsibility for my actions.

2. I acknowledge that I was given money by Martin Fox for my role in this offense. The only dispute I have is with the amount of money the Government says I received.

3. By way of background, at the time of this offense, I was working as a special education teacher's assistant. My annual salary was approximately $20,000. I did also proctor exams for the SAT/ACT. But I did not receive that much money from it and no more than between $500-$800 a year.

4. Between the money I earned working and my monthly expenses, I did not really have savings. I largely lived paycheck to paycheck. I was able to pay my expenses, but I was aware of every dollar that came in and out of my checking account.

5. I never asked Martin Fox for any specific amount of money. He gave me money and I accepted it. But I never asked or negotiated for any amount. It was the same with Rick Singer. He offered to send me a check, which I accepted. But I did not ask for a specific amount and took what he gave me.

6. For the three times Martin Fox recruited me to help with the exams, he paid me $2,500 in cash. I remember this vividly because $2,500 is a lot of money to me. I was not making enough money at the time that I would forget whether I received $2,500 or $5,000.

7. When I received the check from Rick Singer, I obviously saw it was for $5,000. Because I had not had contact with Martin Fox for that exam, I assumed Mr. Singer was paying

1

me both our shares. That is, I assumed that Mr. Fox and I each received $2,500 each time. Because he was not a part of this test, I assumed I received the entire $5,000.

Date: 12/8/2020

Niki Williams